**Opinion issued June 1, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00953-CV

_____

## IN THE INTEREST OF C.C.S., J.C.S., R.C.S., V.C.S., CHILDREN

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, M.S.M., has filed a petition for writ of mandamus, challenging the trial court's temporary order on temporary conservatorship.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

---

[1] The underlying case is *In the Interest of C.C.S., J.C.S., R.C.S., V.C.S., Children*, cause number 2022-01864J, pending in the 313th District Court of Harris County, the Honorable Natalia Oakes presiding.